UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-81268-AHS

**NELSON FERNANDEZ**,

    Plaintiff,

vs.

**HARRIS FAMILY TREE, LLC,
d/b/a ETIQUETTE BOUTIQUE,
a Florida limited liability company,**

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff NELSON FERNANDEZ, by and through his undersigned Counsel, hereby provides notice that the parties have reached a settlement and will be executing necessary paperwork resolving all claims and matters in the case. Accordingly, the parties respectfully request that the Court provide the parties sixty (60) days from the date of filing this Notice to allow the parties to finalize the settlement agreement and file a stipulation for dismissal with prejudice.

    DATED: September 16, 2020.

    Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| By  _s/ Roderick V. Hannah_ | By  _s/ Pelayo M. Duran_ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of September, 2020, a true and correct of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below:

Valerie L. Hooker, Esq.
JACKSON LEWIS P.C.
One Biscayne Tower, Suite 3500
Two South Biscayne Boulevard
Miami, FL  33131
(305) 577-7600
Valerie.hooker@jacksonlewis.com

*Attorneys for Defendant*
*HARRIS FAMILY TREE*
*d/b/a ETIQUETTE BOUTIQUE*

                                           /s/ *Roderick V. Hannah*
                                               Roderick V. Hannah