UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 20-cv-81268-SINGHAL

NELSON FERNANDEZ,

    Plaintiff,

v.

HARRIS FAMILY TREE, LLC d/b/a
Etiquette Boutique, a Florida limited liability
company,

    Defendant.
_____/

**ORDER ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** is before the Court on the Notice of Settlement (DE [10]). The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal within **sixty (60) days** of the date of this Order.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida this 16th day of September 2020.

                                                                                     RAAG SINGHAL
                                                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF