UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:20-cv-81268-AHS

**NELSON FERNANDEZ**,

    Plaintiff,

vs.

**HARRIS FAMILY TREE, LLC,
d/b/a ETIQUETTE BOUTIQUE,
a Florida limited liability company,**

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL *WITH PREJUDICE*

Plaintiff, NELSON FERNANDEZ ("Plaintiff"), and Defendant, HARRIS FAMILY TREE, LLC d/b/a ETIQUETTE BOUTIQUE ("Defendant ") (Plaintiff and Defendant are collectively, the "Parties"), by and through their respective undersigned attorneys, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of this action in its entirety *with prejudice*. The Parties shall bear their own attorneys' fees, costs, and expenses. All Parties consent to the form and content of this Stipulation and Order.

    Dated: October 9, 2020

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.**<br>Counsel for Plaintiff<br>4800 North Hiatus Road<br>Sunrise, FL 33351-7919<br>T: 954/362-3800<br>Email: rhannah@rhannahlaw.com<br><br>By____*s/ Roderick V. Hannah*_____<br>    RODERICK V. HANNAH<br>    Fla. Bar No. 435384 | **LAW OFFICE OF PELAYO DURAN, P.A.**<br>Co-Counsel for Plaintiff<br>4640 N.W. 7th Street<br>Miami, FL 33126-2309<br>T: 305/266-9780<br>Email: pduran@pelayoduran.com<br><br>By ___*s/ Pelayo M. Duran*_____<br>    PELAYO M. DURAN<br>    Fla. Bar No. 0146595 |

**JACKSON LEWIS P.C.**
Attorneys for Defendant
One Biscayne Tower, Suite 3500
Two South Biscayne Boulevard
Miami, FL  33131
(305) 577-7600
Valerie.hooker@jacksonlewis.com

By:   *s/Valerie L. Hooker*
       VALERIE L. HOOKER
       Fla. Bar No. 113688